UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-

JOSEPH B. PUERTAS,

    Respondent.
_____/

MISC. NO. 08-X-50090

HON. PAUL D. BORMAN

# ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that respondent, Joseph B. Puertas, has complied with the Internal Revenue Service Summons served upon him on February 2, 2007, by providing the Revenue Officer with the information sought in the summons;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Joseph B. Puertas, by the petitioner is hereby dismissed without prejudice and without costs.

    s/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: June 30, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 30, 2008.

                                                s/Denise Goodine
                                                Case Manager